UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:93-cr-00075-HDM |
|---|---|
| Plaintiff, | Case No. 3:17-cv-00158-HDM |
| v. | |
| PAULA ANDREWS, | ORDER |
| Defendant. | |

In light of the Supreme Court's decision in *Borden v. United States*, No. 19-5410, 2021 WL 2367312, -- U.S. --, -- S. Ct. --, (June 10, 2021), the court suspends further briefing on the defendant's amended motion to vacate (ECF No. 214). The parties are granted leave to file supplements addressing the impact of *Borden* on the defendant's claims. The defendant shall file any supplemental motion on or before July 12, 2021. The government shall file any supplemental response on or before August 11, 2021. The defendant's reply, which may incorporate any arguments the defendant would have raised in the reply to the government's opposition (ECF No. 215) as well as responses to the supplemental briefs, shall be filed no later than August 31, 2021.

IT IS SO ORDERED.

DATED: This 11th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE