UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:93-cr-00075-HDM |
|---|---|
| Plaintiff, | Case No. 3:17-cv-00158-HDM |
| v. | ORDER |
| PAULA ANDREWS, | |
| Defendant. | |

Pursuant to the notice and request to lift stay filed by the defendant on March 11, 2024 (ECF No. 230), the stay of proceedings on the defendant's 28 U.S.C. § 2255 motion is hereby LIFTED. The defendant shall have to and including May 1, 2024, to file a reply to the government's responses to her first amended motion to vacate and supplement thereto. The government may thereafter petition the court for leave to file a sur-reply in the event it deems it appropriate.

IT IS SO ORDERED.

DATED: This 1st day of April, 2024.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE